KELLY v. BRADLEY

No. 310P94

Case below: 114 N.C.App. 819

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

MACKINS v. MACKINS

No. 287P94

Case below: 114 N.C.App. 538

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

McLEOD v. NATIONWIDE MUTUAL INS. CO.

No. 352P94

Case below: 115 N.C.App. 283

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

MEDINA v. MEDINA

No. 340P94

Case below: 115 N.C.App. 493

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

MINTON v. LOWE'S FOOD STORES

No. 384P94

Case below: 115 N.C.App. 398

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.